UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY MCGUIRE

VERSUS                                              CIVIL ACTION NO.: 10-65-JVP-SCR

N. BURL CAIN, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 9, 2010 (doc. 6) and the Supplemental Magistrate Judge's Report dated March 1, 2010 (doc. 10). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and without prejudice to any state law claim.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 3, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA